AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CERVANTES FIESTA MEXICAN FOOD, a business of unknown form; TALAT RADWAN AND JASON RADWAN, Co-Trustees of THE MALKI LIVING TRUST dated January 7, 1998 and restated December 15, 2000; and DOES 1-10, inclusive, <br><br> *Defendant(s)* | Civil Action No. 5:18-cv-01357 RGK (FFMx) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TALAT RADWAN AND JASON RADWAN, Co-Trustees of THE MALKI LIVING TRUST dated January 7, 1998 and restated December 15, 2000
26371 Avery Parkway, Suite B
Mission Viejo, CA 92640

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CM/ECF Electronic Filing (c/o Manning Law, APC)
Joseph R. Manning, Jr., Michael J. Manning, Craig Cote and Tristan P. Jankowski
4667 MacArthur Blvd., Ste 150
Newport Beach, CA 92660
info@manninglawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/26/2018

*Signature of Clerk or Deputy Clerk*

